Nellie J. Ryan, Appellant, v. O. N. Wilson and R. R. Hess, Appellees.

Gen. No. 9,178.

opinion filed October 19, 1939. J. L. Sullivan, for appellant; Van Sellar & Van Sellar and Cotton & Nichols, for appellees. Opinion by JUSTICE FULTON. ''Not to be published in full.''